

# Missouri Court of Appeals
## Southern District

**MAY 23, 2016**

THE FOLLOWING CASES WERE AFFIRMED PURSUANT TO RULE 84.16(b).

1.    Case No.  SD33919

     Re:    HORST SABLA,
           Movant-Appellant,
           vs.
           STATE OF MISSOURI,
           Respondent-Respondent.